# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 15-138-1 |
| JAMES DAVIS | |

## O R D E R

**AND NOW**, this 19th day of February, 2021, upon consideration of James Davis's Pro Se Motion for Compassionate Release (ECF 286), and the Government's Response thereto (ECF 288 & 289), **IT IS ORDERED** that the Motion is hereby **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**