IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| JAMES DAVIS | NO.  15-138-01 |

**O R D E R**

**AND NOW**, this 1st day of September, 2022, upon consideration of James Davis' *pro se* Motion for a Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 295), and the Government's Brief in Opposition thereto (ECF No. 297-98), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.[1]

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**

---

[1] In his Motion, Davis requests that he be appointed counsel, presumably to help him litigate the instant motion. Davis's request for counsel is denied.