**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES DAVIS, Plaintiff** | : | |
| | | **Criminal No. 15-CR-138** |
| **v.** | : | **Civil No. 22-CV-04158** |
| | | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER

The United States, by and through undersigned counsel, respectfully moves for an extension of time to file its response to the Petitioner's Motion under 18 U.S.C. § 2255.  On October 17, 2022, Petitioner James Davis filed his Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody.  Dkt. No. 304. On February 24, 2023, this Court ordered the Government to respond by March 27, 2023.  Dkt. No. 305.

After reviewing the Petitioner's motion, the government expects that it will need additional time to conduct legal research and do a thorough review of the trial record in order to prepare appropriate responses to the Petitioner's arguments.  An extension would also allow time to obtain any affidavits needed from trial and appellate counsel and would provide the government an opportunity to review them.

Wherefore, for the reasons discussed herein, the government respectfully requests that this motion be granted and the deadline for the government's responses be rescheduled to April 27, 2023.

Respectfully submitted,

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

By: /s/ Sarah L. Grieb
    Sarah L. Grieb
    Christopher Diviny
    Assistant United States Attorneys

COREY R. AMUNDSON
CHIEF, PUBLIC INTEGRITY SECTION
U.S. DEPARTMENT OF JUSTICE

By: /s/ Jennifer A. Clarke
    Jennifer A. Clarke
    Deputy Chief
    Public Integrity Section

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed and also was mailed to the defendant at the address below on March 23, 2023.

James Davis, pro se
Prisoner. No. 74050-066
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

<u>/s/Sarah L. Grieb</u>
Sarah L. Grieb
Assistant United States Attorney